NSK LTD. AND NSK CORP, PLAINTIFFS *v.*
UNITED STATES, DEFENDANT, AND TIMKEN CO., DEFENDANT-INTERVENOR

Court No. 92–03–00158

(Dated February 15, 1994)

## JUDGMENT

TSOUCALAS, *Judge:* The Court having received and reviewed the Department of Commerce, International Trade Administration's ("ITA") Results of Redetermination Pursuant to Court Remand *NSK Ltd. and NSK Corporation v. United States,* Slip Op. 93–178 (September 10, 1993) filed on November 9, 1993, and the ITA's Amended Results of Redetermination Pursuant to Court Remand *NSK Ltd. and NSK Corporation v. United States,* Slip Op. 93–216 (November 18, 1993) filed on December 8, 1993 (collectively "Remand Results"); it is hereby

ORDERED that the Remand Results filed by the ITA are affirmed; and it is further

ORDERED that this case is dismissed.